**Order entered March 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00627-CV

### DARIAN BROUSSARD, Appellant

### V.

### DEUTSCHE BANK NATIONAL TRUST CO., Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-08340-E**

## ORDER

Appellant's February 12, 2013 motion for rehearing is **DENIED**.


/s/    CAROLYN WRIGHT
       CHIEF JUSTICE